In the Matter of ATHENA MULHOLLAND, Appellant, v TODD A. BOSS, Respondent. [874 NYS2d 857]—Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered September 28, 2007 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.